COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Ex Parte Yrooj Shamim

Appellate case number:    01-16-00013-CR

Trial court case number:  1822364-B

Trial court:              County Criminal Court at Law No. 3 of Harris County

Appellant, Yrooj Shamim, has filed a motion to transfer a copy of the clerk's record filed in his appeal, 01-13-00131-CR, to this appeal. Appellant has also filed a motion to supplement the record in this appeal with the clerk's record from case number 01-13-00131-CR. We grant the motions

Accordingly, we order the Clerk of this Court to transfer the clerk's record in appeal number 01-13-00131-CR, styled, *Yrooj Shamin v. The State of Texas*, to the present appeal, appellate number 01-16-00013-CR, styled *Ex parte Yrooj Shamim*.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                   ☒ Acting individually      ☐ Acting for the Court

Date: March 10, 2016